MN, ND - 305
(10/00)

1926.64 KLH

Nury 3-1-11

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

**Unclaimed Dividends/Distribution Less Than $5
For Deposit to Registry Fund**

RECEIVED
11 MAR -1 AM 9:27
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

Debtor:                NICHOLAS AND KIMBERLY WOOSTER

Chapter 7 Case No.     09-43629-RJK

Please Check One:

XXX   Unclaimed Dividends

____  Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| See attached Stale Check Report | | | 1.00 |

DATED: February 18, 2011

_____
John R. Stoebner, Trustee
One Financial Plaza, Suite 2500
120 South Sixth Street
Minneapolis, MN 55402
(612) 338-5815

Distribution:
One original and one copy to U.S. Bankruptcy Court, with check
Two copies to file (one for file and one for U.S. Trustee with TDR)

09-312

Printed: 02/18/11 09:58 AM

# Stale Check Report

Page: 1

**Trustee:** John R. Stoebner (430050)
**Case:** 09-43629 - WOOSTER, NICHOLAS H

| Account No. | Check No. | Issued | Payee | | | | Check Amount |
|---|---|---|---|---|---|---|---|
| 9200-39543213-66 | 107 | 02/18/11 | US BANKRUPTCY COURT REGISTRY FUNDS | | | | $1.00 |
| Cancelled Account No. | Cancelled Check No. | Filed | Claim No. | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
| 9200-39543213-66 DEBTOR | 101 | 06/04/09 | | 100 | NICHOLAS AND KIMBERLY WOOSTER 1570 Adams St SE Hutchinson, MN 55350 | 1.00 | 1.00 | 1.00 | 1.00 |

(*) Denotes objection to Amount Filed   (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.